UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILIANO SOLORIO-BARAJAS,<br><br>               Plaintiff,<br><br>   v.<br><br>OFFICER EINAR AGLEDAL, OFFICER S. GRANT, DETECTIVE E. HAMPTON, DEPUTY J. PEPPER, SGT. WUITSCHICK, and DOC OFFICER M. JOHNSON,<br><br>               Defendants. | NO: 1:17-CV-3164-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

     BEFORE THE COURT is Plaintiff Emiliano Solorio-Barajas' Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 9. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED without prejudice.**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE --1

Plaintiff also filed a letter construed as a Motion to Waive Collection of the Remaining Balance of the Filing Fee, ECF No. 10.  For good cause shown, **IT IS ORDERED** Plaintiff's motion is **GRANTED** and the institution having custody of Mr. Solorio-Barajas shall cease collection of the filing fee in this action, cause number 1:17-CV-3164-TOR.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and **close the file**.  The Clerk of Court is further directed to send a copy of this Order to the **Yakima County Jail, Attn: Jail Office Supervisor, 111 N. Front St., Yakima, WA 98901,** to forward to the appropriate agency having custody of Plaintiff, and provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** January 17, 2018.



THOMAS O. RICE
Chief United States District Judge